UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD SMITH, KRISTINA FLESHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:19–cv–01426–TLN–CKD<br><br><br>ORDER |

On Wednesday, July 21, 2021, plaintiff's counsel appeared before the court in person with his clients to show cause why additional sanctions should not be imposed against him personally and why he should not be reported to the California State Bar for his conduct in this case. Counsel provided the court with information regarding his lack of responses to motions filed by the defendants in this case as well as the court's orders. In addition, counsel provided the court with information regarding his efforts to find new or additional counsel to represent the plaintiffs in this matter as substitute or co-counsel.

The court finds good cause to vacate the June 7, 2021 findings and recommendations. The recommendation that terminating sanctions be granted and that plaintiffs' claims against defendants be dismissed with prejudice was based on plaintiffs' non-response to the motions and

the lack of any apparent justification. At the hearing on July 21, 2021, counsel appeared with the plaintiffs and explained the extenuating circumstances to the court's satisfaction.

In the alternative to terminating sanctions, defendants requested monetary sanctions. Given plaintiffs' counsel's recent sanctions payment of $500 in this case and the explanation offered, additional sanctions are not warranted at this time.

Accordingly, IT IS ORDERED:

1. The June 7, 2021 findings and recommendations (ECF No. 33) are vacated;

2. Defendants' motions for terminating sanctions, or, in the alternative, for monetary sanctions (ECF Nos. 25, 28), are denied without prejudice;

3. The May 18, 2021 order to show cause (ECF No. 29) and the July 6, 2021 order to show cause (ECF No. 35) are discharged; and

4. On or before July 30, 2021, Plaintiff's counsel shall file a status update addressing counsel's efforts to bring in new or additional counsel for this case; the status update may also address the usefulness of a settlement conference to be set before another magistrate judge. If appropriate, the status update may be filed ex parte and under seal under the procedure of Local Rule 141.

Dated: July 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Smith19-cv-1426.hrng072121

2