1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   PAUL R. BALERIA, SB# 173080
2     E-Mail: Paul.Baleria@lewisbrisbois.com
   SHERMAN M. McFARLAND, SB# 336471
3     E-mail: Sherman.McFarland@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
4  Sacramento, California 95833
   Telephone: 916.564.5400; Facsimile: 916.564.5444
5
   Attorneys for DEFENDANT ANGELA
6  VICKERS, M.D.

7
                    UNITED STATES DISTRICT COURT
8
          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
9

10
| CLIFFORD SMITH, KRISTINA FLESHMAN, | Case No. 2:19-cv-01426-TLN-CKD |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO; COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES; CHERYL BROWN; AQUILINO WAMBAR; JAMIE WOHS; JORDONNA HORNSTEIN; OXANA SINISTA; CIDY BISALLION; OFFICER ROBERTS; OFFICER J. DONNELL; OFFICER PAIZ; OFFICER VILLEGAS; OFFICER DIONNE; ANGELA VICKERS, MD; MARIACARMEN ROE; REYNA MENDEX; CARLA MENDEX; JORGE VERGADA; CINDY MENDEZ; CELESTINO LOREDO-PEREZ; LIDIA MENDEZ; LIDIA ESLAVA PEREZ; KATRINA MENDEZ; and DOES 1 through 5, inclusive, | Date: November 17, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge Hon. Troy L. Nunley<br><br>Trial Date: None Set |
| Defendants. | |

23     It is hereby stipulated by and between Plaintiffs CLIFFORD SMITH and KRISTINA

24  FLESHMAN and Defendant ANGELA VICKERS, M.D., by and through their respective counsel

25  of record, as follows:

26     (1) Defendant Angela Vickers, M.D.'s Motion for Summary Judgment was set for hearing

27        on November 17, 2022;

28     (2) District Judge Troy L. Nunley ordered that the above motion will stand submitted

STIPULATION AND ORDER

without oral argument after Plaintiffs file an opposition and Defendant files a reply brief thereto. Accordingly, the hearing is vacated.

(3) At the request of Plaintiffs' counsel, the above parties have stipulated to modify the filing dates for the opposition and reply, such that Plaintiffs' opposition is now due by December 2, 2022, and Defendant's reply is now due by December 12, 2022.

DATED: October 25, 2022

PAUL R. BALERIA
SHERMAN M. McFARLAND
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Paul R. Baleria

PAUL R. BALERIA
Attorneys for DEFENDANT ANGELA VICKERS, M.D.

DATED: October 25, 2022

JOSEPH B. WEINBERGER
WEINBERGER LAW FIRM

By: /s/ Joseph B. Weinberger

JOSEPH B. WEINBERGER
Attorneys for PLAINTIFFS

**IT IS SO ORDERED.**

DATED: October 27, 2022

Troy L. Nunley
United States District Judge

2
STIPULATION AND ORDER